MERCER ET AL. *v.* HEMMINGS ET AL.

No. 406.   Decided October 23, 1967.

*Bruce Bromley, John H. Pickering, John R. Hupper, Hervey Yancey* and *Victor M. Earle III* for appellants.

*Chester Bedell* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE STEWART is of the opinion that probable jurisdiction should be noted and the case assigned for oral argument.

BENNETT *v.* MISSISSIPPI.

No. 460.   Decided October 23, 1967.

*Hardy Lott* and *R. Cunliffe McBee* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.